## DAVIS et al. v. MORSE et al.

No. 3832.   Decided·December 1, 1922.   Rehearing denied December
29, 1922.   (211 Pac. 1119.)

Appeal from District Court, First District, Cache County;
*A. A. Law,* Judge.

Action by Anne Davis and others against Emily M. Morse,
administratrix, and others.   From a judgment in favor of
the defendants, plaintiffs appeal.

AFFIRMED.

*Ricy H. Jones,* of Brigham, for appellants.

*C. W. Dunn,* of Logan, for respondents.

GIDEON, J.

The real estate in controversy in this proceeding was the
property of John Morse, who died in Box Elder county in
January, 1901.   John Morse, after the death of his first
wife, married again.   His second wife was the mother of the
defendants.   Plaintiffs in this action are the children of his
first wife.   The purpose of the action is to establish the
rights of the plaintiffs as heirs of John Morse in the real
estate in controversy.   Defendants' claims are based upon
conveyance made by the father, John Morse, in his lifetime,
to their mother, Alice Morse, and by subsequent convey-
ance by her to them; also the statute of limitations.   The
court found all the issues in favor of the defendants.   As
expressed by the trial court, it would be difficult to find a
more complete defense of the statute of limitations than the
proof shows in this case.   The finding of the court that the
father conveyed to the mother of the defendants is also
supported by the testimony, but regardless of the conveyance
of the father to the mother the statute of limitations defeats

any claim on the part of the plaintiffs. A careful reading of the entire record makes it apparent that the court could enter no other judgment than it did. The appeal is without merit. The judgment of the lower court is therefore affirmed, with costs.

CORFMAN, C. J., and WEBER, THURMAN, and FRICK, JJ., concur.